**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

JAMES ANDREW LOHNES,

    Plaintiff,

    v.                                     CAUSE NO.: 2:19-CV-97-TLS-JPK

OFFICER BROOKS, et al.,

    Defendants.

**OPINION AND ORDER**

James Andrew Lohnes, a prisoner without a lawyer, filed a Motion to Strike Defendants Response to Plaintiff's Motion to Enforce Court Order [ECF No. 39] seeking to strike the Response [ECF No. 32] to his Motion to Enforce Court Order [ECF No. 24]. This motion [ECF No. 24] has already been ruled upon [ECF No. 35]. Lohnes asserts that counsel has deliberately misspelled the name of a corrections employee in order to harass him. There is no evidence that any misspelling was for the purpose of harassing him. Furthermore, Lohnes was not harmed by the error. The error, if any, had no bearing on this Court's ruling. Lohnes also asks the Court to grant his Motion to Enforce Court Order. To the extent that Lohnes is seeking reconsideration of this Court's December 4, 2019, Order denying his Motion to Enforce Court Order, the Court stands by its earlier ruling.

Accordingly, the Motion [ECF No. 39] is DENIED.

SO ORDERED on December 17, 2019

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT